# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHUNG WONG,

    Defendant.

Case No. 2:96-cr-00085-LDG (PAL)

**ORDER**

    The defendant, Chung Wong a/k/a Chung Inn Louie, moves to terminate and release judgment lien (ECF No. 468). The United States opposes the motion (ECF No. 469). The Court will deny the motion.

    Citing to 18 U.S.C. 3613(b), the defendant asserts that the liability to pay a fine terminates twenty years from the entry of judgment. The defendant ignores, however, that §3613(b) provides that "[t]he liability to pay a fine shall terminate *the later* of 20 years from the entry of judgment *or 20 years after the release from imprisonment of the person fined*, or upon the death of the individual fined" (emphasis added). The defendant notes that the judgment was entered April 1, 1997, more than 20 years ago. The defendant, however, neither identifies the date he was released from imprisonment nor establishes that such date occurred prior to the entry of judgment. As noted by the United States, the defendant

was released from custody on or about October 25, 2002, a date which is after the entry of judgment. Accordingly, the lien has not terminated pursuant to §3613(b) as 20 years have not elapsed subsequent to the defendant's release from imprisonment, which was later than the entry of judgment. Therefore,

THE COURT **ORDERS** that Defendant's Motion to Terminate and Release Judgment Lien (ECF No. 468) is DENIED.

DATED this 26 day of February, 2019.

_____
Lloyd D. George
United States District Judge