FILED
ENTERED
COUNSEL
JAN 2 1 2020
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                            DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:96-CR-0085-LDG-BNW |
| Plaintiff, | |
| vs. | |
| CHONG WONG | |
| Defendant. | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#240), sentencing held on March 26, 1997. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: MGM GRAND HOTEL AND CASINO
Amount of Restitution: $180,720.00

Name of Payee: SHERATON DESERT INN HOTEL AND CASINO
Amount of Restitution: $412,050.00

Name of Payee: LAS VEGAS HILTON HOTEL AND CASINO
Amount of Restitution: $175,350.00

**Total Amount of Restitution ordered:** $768,120.00**
**Joint and Several with co-defendants

Dated this ___13___ day of January, 2020.

*[signature]*
UNITED STATES DISTRICT JUDGE